Chief Justice CAPPY and Justice CASTILLE join this Concurring Statement.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Walter L. PHILLIPS, Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.

Decided Dec. 16, 2003.

*ORDER*

PER CURIAM:

**AND NOW,** this 16th day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AFFIRMED.

*See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488 (2003).